1  J. OWEN CAMPBELL (State Bar No. 229976)
   joc@severson.com
2  SEVERSON & WERSON
   A Professional Corporation
3  The Atrium
   19100 Von Karman Avenue, Suite 700
4  Irvine, California 92612
   Telephone: (949) 442-7110
5  Facsimile: (949) 442-7118

6  MARK JOSEPH KENNEY (State Bar No. 87345)
   mjk@severson.com
7  M. ELIZABETH HOLT (State Bar No. 263206)
   eha@severson.com
8  SEVERSON & WERSON
   A Professional Corporation
9  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
10 Telephone: (415) 398-3344
   Facsimile: (415) 956-0439

11

12 Attorneys for Defendant
   BANK OF AMERICA, N.A. (erroneously sued as
   Bank of America Mortgage, Murrieta Office)
13

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| Lemuel C Bray,<br><br>          Plaintiff,<br><br>     vs.<br><br>Bank of America Mortgage, Murrieta Office,<br><br>          Defendant. | Case No. 5:12-cv-01842 TJH (SPx)<br>Hon. Terry J. Hatter<br>Ctrm. 17 – Spring Street<br><br>**JUDGMENT OF DISMISSAL**<br><br>Action Filed:  October 23, 2012<br>Trial Date:    None Set |

70003.0015/2725884.1

[PROPOSED] JUDGMENT OF DISMISSAL

1  In accordance with this Court's order of dismissal dated April 15, 2013, this
2  judgment of dismissal without prejudice is hereby entered in favor of defendant
3  Bank of America, N.A., erroneously sued as "Bank of America Mortgage, Murietta
4  Office," and against plaintiff Lemuel C. Bray.

6  DATED:  June 14, 2013

_____
The Honorable Terry J. Hatter, Jr.
UNITED STATES DISTRICT JUDGE

[PROPOSED] JUDGMENT OF DISMISSAL