1  J. OWEN CAMPBELL (State Bar No. 229976)
   joc@severson.com
2  SEVERSON & WERSON
   A Professional Corporation
3  The Atrium
   19100 Von Karman Avenue, Suite 700
4  Irvine, California 92612
   Telephone: (949) 442-7110
5  Facsimile: (949) 442-7118

6  MARK JOSEPH KENNEY (State Bar No. 87345)
   mjk@severson.com
7  M. ELIZABETH HOLT (State Bar No. 263206)
   eha@severson.com
8  SEVERSON & WERSON
   A Professional Corporation
9  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
10 Telephone: (415) 398-3344
   Facsimile: (415) 956-0439

11
   Attorneys for Defendant
12 BANK OF AMERICA, N.A. (erroneously sued as
   Bank of America Mortgage, Murrieta Office)
13

14                **UNITED STATES DISTRICT COURT**

15                **CENTRAL DISTRICT OF CALIFORNIA**

16                        **EASTERN DIVISION**

17 | Lemuel C Bray,                        | Case No. 5:12-cv-01842 TJH (SPx)
                                            | Hon. Terry J. Hatter
18 |         Plaintiff,                    | Ctrm. 17 – Spring Street
19 |    vs.                                | **JUDGMENT OF DISMISSAL**
20 | Bank of America Mortgage, Murrieta    | Action Filed:  October 23, 2012
   | Office,                               | Trial Date:    None Set
21 |
22 |         Defendant.

23
24
25
26
27
28

70003.0015/2725884.1

1  In accordance with this Court's order of dismissal dated April 15, 2013, this
2 judgment of dismissal without prejudice is hereby entered in favor of defendant
3 Bank of America, N.A., erroneously sued as "Bank of America Mortgage, Murietta
4 Office," and against plaintiff Lemuel C. Bray.

6 DATED:  June 14, 2013

_____
The Honorable Terry J. Hatter, Jr.
UNITED STATES DISTRICT JUDGE